PD-0466-15

PD-0466-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/23/2015 6:33:41 PM
Accepted 4/24/2015 3:14:42 PM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| **OSBALDO VALDEZ,** | § | **IN THE TEXAS** |
| **Petitioner** | § | |
| | § | |
| **VS.** | § | **COURT OF** |
| | § | |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| **Appellee** | § | **CRIMINAL APPEALS** |

## <u>MOTION TO FILE PETITION FOR DISCRETIONARY REVIEW LATE</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Osbaldo Valdez, Petitioner, and files this motion for an extension of three (3) days to file the Petition for Discretionary Review. In Support thereof, Petitioner would show as follows:

Petitioner was conviction was affirmed by the Second Court of Appeals on March 19, 2015. The deadline for filing Petitioner's Petition for Discretionary Review was April 20, 2015. This is Petitioner's first request for an extension of time.

WHEREFORE, PREMISES CONSIDERED, counsel is requesting a three (3) days extension, until April 23, 2015, to adequately discharge his duty to his client.

FILED IN
COURT OF CRIMINAL APPEALS

April 24, 2015

ABEL ACOSTA, CLERK

Respectfully submitted,

Stickels & Associates, P.C.
John W. Stickels
P. O. Box 121431
Arlington, Texas 76012
Phone: (817) 479 - 9282
Fax: (817) 622 - 8071


BY: /S/ John W. Stickels
       John W. Stickels
       State Bar No. 19225300
       Attorney for Osbaldo Valdez


## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2015, a true and correct copy of the above and foregoing Motion has been delivered to the office of the Tarrant County Criminal District Attorney, 401 West Belknap, Fort Worth, Texas 76196.

/S/ John W. Stickels
John W. Stickels

## CERTIFICATE OF CONFERENCE

I hereby certify that on the 23rd day of April, 2015, a conference was held between my office and a representative for the Tarrant County District Attorney's Office, and she stated that she is not opposed to the granting of Petitioner's Motion for Extension of Time.

/S/ John W. Stickels
John W. Stickels